IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
IN RE                  :       CHAPTER 13
                       :
William J. Lolio       :       No.  12-10253-JKF
    Debtor
```

O R D E R

AND NOW, this            day of                  , 2016, it is hereby Ordered that the Wage Order in effect in the above captioned matter be TERMINATED.

**Date: September 7, 2016**

_____
HONORABLE JEAN K. FITZSIMON
UNITED STATES BANKRUPTCY JUDGE

cc:

William C. Miller, Trustee

David M. Offen, Esquire

William J. Lolio, Employee ID #: 0474879

Payroll Controller
UPS
15 E. Oregon Avenue
Philadelphia, PA 19148