United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
William J. Lolio  
Gina M. Lolio  
    Debtors

Case No. 12-10253-jkf  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: PaulP     Page 1 of 1     Date Rcvd: Sep 07, 2016  
                             Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 09, 2016.  
db/jdb       +William J. Lolio,    Gina M. Lolio,    2638 Mildred Street,    Philadelphia, PA 19148-4533

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                              TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 09, 2016                                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 7, 2016 at the address(es) listed below:  
         ANDREW F GORNALL    on behalf of Creditor    J.P. Morgan Chase Bank, National Association  
           agornall@kmllawgroup.com,    bkgroup@kmllawgroup.com  
         ANN E. SWARTZ    on behalf of Creditor    J.P. Morgan Chase Bank, National Association  
           ecfmail@mwc-law.com,    ecfmail@mwc-law.com  
         DAVID M. OFFEN    on behalf of Joint Debtor Gina M. Lolio dmo160west@gmail.com,  
           davidoffenecf@gmail.com  
         DAVID M. OFFEN    on behalf of Debtor William J. Lolio dmo160west@gmail.com,  
           davidoffenecf@gmail.com  
         JOSHUA ISAAC GOLDMAN    on behalf of Creditor    J.P. Morgan Chase Bank, National Association  
           bkgroup@kmllawgroup.com,    bkgroup@kmllawgroup.com  
         PETER J. ASHCROFT    on behalf of Creditor    Regional Acceptance Corporation  
           pashcroft@bernsteinlaw.com,  
           pghecf@bernsteinlaw.com;pashcroft@ecf.courtdrive.com;ckutch@ecf.courtdrive.com;cabbott@ecf.courtdrive.com  
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
         WILLIAM C. MILLER    ecfemails@ph13trustee.com,    philaecf@gmail.com  
         WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER ecfemails@ph13trustee.com,  
           philaecf@gmail.com  
                                                                                                                             TOTAL: 9

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE                     :    CHAPTER 13
                          :
William J. Lolio          :    No.  12-10253-JKF
    Debtor

O  R  D  E  R

AND NOW, this        day of           , 2016, it is hereby Ordered that the Wage Order in effect in the above captioned matter be TERMINATED.

**Date: September 7, 2016**

_____
HONORABLE JEAN K. FITZSIMON
UNITED STATES BANKRUPTCY JUDGE

cc:

William C. Miller, Trustee

David M. Offen, Esquire

William J. Lolio, Employee ID #: 0474879

Payroll Controller
UPS
15 E. Oregon Avenue
Philadelphia, PA 19148