Certificate Number: 12433-PAE-DE-028078349

Bankruptcy Case Number: 12-10253



12433-PAE-DE-028078349

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 18, 2016, at 7:25 o'clock PM EDT, Gina M. Lolio completed a course on personal financial management given by internet by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: September 18, 2016        By:   /s/Lance Brechbill

                                                  Name: Lance Brechbill

                                                  Title: Teacher