## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:  William J. Lolio
        Bankruptcy No.  12-10253
        Adversary No.
        Chapter          13

                                                    Date:   November 30, 2016

To:        Joseph B. Mayer, Esquire
           John A. Anastasia, Esquire
           3031 Walton Road  Bldg A Suite 330
           PO Box 1547
           Blue Bell, Pa   19422

### NOTICE OF INACCURATE FILING

        Re:  Motion for an Order Lifting Automatic Stay

The above pleading was filed in this office on **November 30, 2016.**  Please be advised that the following
document(s) filed contains a deficiency as set forth below:

        ()        Debtor's name does not match case number listed
        ()        Debtor's name and/or case number (is) are missing
        ()        Wrong PDF document attached
        ()        PDF document  not legible
        **(X)**   Notice of Motion/Objection
        ()        Electronic Signature missing
        ()        Other

In order for this matter to proceed, please submit the above noted correction within fourteen (14) days
from the date of this notice.  All replies with appropriate corrections should be submitted to the e-mail
address of **qc@paeb.uscourts.gov**  . Otherwise, the matter will be referred to the Court.

                                        Timothy B. McGrath
                                        Clerk


                                        By:  **Jeanette Gilmore**
                                        Deputy Clerk

CM-ECF 10 day notice.frm
4/30/04