# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: WILLIAM LOLIO, SR. & GINA LOLIO | : | CASE NO.:12-10253 |
| | : | |
| Debtors | : | CHAPTER 13 |

## PRAECIPE TO WITHDRAW MOTION OF PLAINTIFF NATIONWIDE MUTUAL FIRE INSURANCE COMPANY FOR AN ORDER LIFTING THE AUTOMATIC STAY ON DECLARATORY JUDGMENT ACTION AGAINST DEBTOR WILLIAM LOLIO, SR.

Kindly withdraw the Nationwide Mutual Fire Insurance Company's Motion for an Order Lifting the Automatic Stay on Declaratory Judgment Action in the above-captioned matter.

MAYERS, MENNIES & SHERR, LLP

Dated: December 7, 2016    By: _____
JOSEPH B. MAYERS, ESQUIRE/40731
JOHN A. ANASTASIA, ESQUIRE/67723
P.O. Box 1547
Blue Bell, PA 19422-0440
610-825-0300
janastasia@mmsllp.com
Attorneys for Plaintiff