**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: William J. Lolio and Gina M. Lolio <br> <u>Debtor(s)</u> | CHAPTER 13 <br><br> BKY. NO. 12-10253 JF |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of J.P. Morgan Chase Bank, National Association, as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 0082

                         Respectfully submitted,

                         **<u>/s/Thomas Puleo, Esquire</u>**
                         Thomas Puleo, Esquire
                         Brian C. Nicholas, Esquire
                         KML Law Group, P.C.
                         701 Market Street, Suite 5000
                         Philadelphia, PA 19106-1532
                         (215) 825-6306  FAX (215) 825-6406