# IN THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:  WILLIAM LOLIO, SR. and GINA LOLIO,   :  CHAPTER 13

    Debtors

                 :  BANKRUPTCY NO.  12-10253IN

## NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE

 SHOOTING STARS, NYB has filed a Motion seeking relief from the automatic stay in this case.

 <u>Your rights may be affected</u>.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult an attorney.)

1.  If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before January 5, 2017, you or your attorney must do <u>all</u> of the following:

  (a) file an answer explaining your position at

    Bankruptcy Clerk
    900 Market Street, Suite 400
    Philadelphia, PA  19107-4299
    (215) 408-2800

 If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

  (b) mail a copy to the movant's attorney:

    David A. Scholl, Esquire
    512 Hoffman Street
    Philadelphia, PA. 19148
    610-550-1765
    215-316-0175

  2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

  3. A hearing on the motion has been scheduled to be held before the Honorable Jean K. FitzSimon on January 18, 2017, at 9:30 A.M. in Courtroom 3, United States Bankruptcy Court, 900 Market Street, Philadelphia, PA.

  4. If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

  5. You may contact the Bankruptcy Clerk's office at 215-408-2800 to find out whether the hearing has been canceled because no one filed an answer.

Date: December 23, 2016