**IN THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:  MICHAEL LOLIO, SR. and GINA LOLIO, :       CHAPTER 13
     Debtors

:       BANKRUPTCY NO.  12-10523

**CERTIFICATION OF SERVICE**

       I, David A. Scholl, certify that, on December 23, 2016, I served the Motion of of Shooting Stars, NYB, for Relief from the Automatic Stay and Notice of the Hearing on the aforesaid Motion with an Answer Date of January 5, 2017, by first-class mail on all interested parties i.e., on the Debtors, counsel for the Debtors, the Chapter 13 Trustee, and the United States Trustee.

Dated: December 24, 2016                       _____
                                                   /s/ DAVID A. SCHOLL
                                                   512 Hoffman Street
                                                   Philadelphia, PA.  19148
                                                   610-550-1765
                                                   Fax 267-639-9178
                                                   Attorney for the Movant