# IN THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:  WILLIAM LOLIO, SR. and GINA LOLIO,   :   CHAPTER 13

Debtors

:   BANKRUPTCY NO.  12-10253

### ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY TO SHOOTING STARS, NYB

AND NOW, this       day of January, 2017, upon consideration of the Motion of Shooting Stars, NYB ("Movant") for Relief from the Automatic Stay, and the Responses, thereto, if any, it is hereby

ORDERED that the Motion is GRANTED.

It is hereby ORDERED that the Movant is granted relief from the automatic stay arising in this case to proceed to litigate its Joinder Complaint and any other matters arising hereafter in the case of <u>Eric Gallo v. Shooting Stars. NYB, et al.,</u> December Term, 2015, No. 01840, in the Court of Common Pleas of Philadelphia County against Debtor WILLIAM LOLIO, SR. .

**Date: December 28, 2016**

United States Bankruptcy Judge