United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
William J. Lolio  
Gina M. Lolio  
    Debtors

Case No. 12-10253-jkf  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: PaulP    Page 1 of 1    Date Rcvd: Dec 28, 2016  
                 Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 30, 2016.  
db/jdb         +William J. Lolio,  Gina M. Lolio,  2638 Mildred Street,  Philadelphia, PA 19148-4533

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                      TOTAL: 0

             ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 30, 2016                                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 28, 2016 at the address(es) listed below:

         ANDREW F GORNALL    on behalf of Creditor   J.P. Morgan Chase Bank, National Association  
           agornall@kmllawgroup.com, bkgroup@kmllawgroup.com  
         ANN E. SWARTZ    on behalf of Creditor   J.P. Morgan Chase Bank, National Association  
           ecfmail@mwc-law.com, ecfmail@mwc-law.com  
         DAVID A. SCHOLL    on behalf of Creditor   Shooting Stars, NYB judgescholl@gmail.com  
         DAVID A. SCHOLL    on behalf of Creditor   Shooting Stars NYB judgescholl@gmail.com  
         DAVID M. OFFEN    on behalf of Debtor William J. Lolio dmo160west@gmail.com,  
           davidoffenecf@gmail.com  
         DAVID M. OFFEN    on behalf of Joint Debtor Gina M. Lolio dmo160west@gmail.com,  
           davidoffenecf@gmail.com  
         JOHN A. ANASTASIA    on behalf of     Nationwide Mutual Fire Insurance Company janastasia@mmsllp.com  
         JOSHUA ISAAC GOLDMAN    on behalf of Creditor   J.P. Morgan Chase Bank, National Association  
           bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com  
         PETER J. ASHCROFT    on behalf of Creditor   Regional Acceptance Corporation  
           pashcroft@bernsteinlaw.com,  
           pghecf@bernsteinlaw.com;pashcroft@ecf.courtdrive.com;ckutch@ecf.courtdrive.com;cabbott@ecf.courtdrive.com  
         THOMAS I. PULEO    on behalf of Creditor   J.P. Morgan Chase Bank, National Association  
           tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com  
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
         WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER ecfemails@ph13trustee.com,  
           philaecf@gmail.com  
         WILLIAM C. MILLER    ecfemails@ph13trustee.com, philaecf@gmail.com  
                                                                                                 TOTAL: 13

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:  WILLIAM LOLIO, SR. and GINA LOLIO,   :   CHAPTER 13

    Debtors

                                                 :   BANKRUPTCY NO. 12-10253

### ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY TO SHOOTING STARS, NYB

AND NOW, this      day of January, 2017, upon consideration of the Motion of Shooting Stars, NYB ("Movant") for Relief from the Automatic Stay, and the Responses, thereto, if any, it is hereby

ORDERED that the Motion is GRANTED.

It is hereby ORDERED that the Movant is granted relief from the automatic stay arising in this case to proceed to litigate its Joinder Complaint and any other matters arising hereafter in the case of <u>Eric Gallo v. Shooting Stars. NYB, et al.,</u> December Term, 2015, No. 01840, in the Court of Common Pleas of Philadelphia County against Debtor WILLIAM LOLIO, SR. .

**Date: December 28, 2016**

                                                     United States Bankruptcy Judge