**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: WILLIAM LOLIO, SR. & GINA LOLIO  :  CASE NO.:12-10253
                                                                   :
        Debtors                                                   :  CHAPTER 13

**NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE**

      Nationwide Mutual Fire Insurance Company has filed a Motion seeking relief from the automatic stay in this case.

      <u>Your rights may be affected</u>. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)

      1.     If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before January 23, 2017, you or your attorney must do <u>all</u> of the following:

            (a)     file an answer explaining your position at

                  Bankruptcy Clerk
                  900 Market Street, Suite 400
                  Philadelphia, PA 19107-4299
                  (215) 408-2800

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

            (b)     mail a copy to the movant's attorney:

                  John A. Anastasia, Esquire
                  The Mayers Firm
                  3031 Walton Road, Suite A330
                  Plymouth Meeting, PA 19462

      2.     If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

      3.     A hearing on the motion has been scheduled to be held before the Honorable Jean K. FitzSimon on February 8, 2017 at 9:30 a.m. in Courtroom 3, United States Bankruptcy Court, 900 Market Street, Philadelphia, PA.

      4.     If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5.  You may contact the Bankruptcy Clerk's office 215-408-2800 to find out whether the hearing has been cancelled because no one filed an answer.

Dated: January 9, 2017