```
                            United States Bankruptcy Court
                            Eastern District of Pennsylvania
In re:                                                                  Case No. 12-10253-jkf
William J. Lolio                                                        Chapter 13
Gina M. Lolio
        Debtors
                                    CERTIFICATE OF NOTICE
District/off: 0313-2           User: Randi                 Page 1 of 3                  Date Rcvd: Jan 19, 2017
                               Form ID: 138NEW             Total Noticed: 45


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 21, 2017.
db/jdb         +William J. Lolio,    Gina M. Lolio,    2638 Mildred Street,    Philadelphia, PA 19148-4533
NONE          ++NATIONWIDE INSURANCE,    SERVICE OF PROCESS TEAM,    THREE NATIONWIDE PLAZA,    MAIL CODE 3-11-310,
                 COLUMBUS OH 43215-2410
                (address filed with court:  Nationwide Mutual Fire Insurance Company,
                 One West Nationwide Boulevard,    Columbus, Oh  43215)
12645112       +Arrow Financial Services, LLC c/o,    Blatt, Hasenmiiler, Leibsker & Moore,
                 Attn: Daniel J. Santuccii, Esq.,    5 Great Valley Parkway, Suite 100,    Malvern, PA 19355-1426
12645113        Arrow Financial Services, LLC c/o,    Blatt, Hasenmiiler, Leibsker & Moore,
                 125 South Wacker Drive, Suite 400,    Chicago, IL 60606-4440
12645114       +Barclays Bank Delaware,    125 S West St,    Wilmington, DE 19801-5014
12645115      ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
                (address filed with court:  Cap One,    Po Box 85520,    Richmond, VA 23285)
12645138      ++CHASE CARD SERVICES,    201 NORTH WALNUT STREET,    ATTN MARK PASCALE,    MAIL STOP DE1-1406,
                 WILMINGTON DE 19801-2920
                (address filed with court:  Washington Mutual,    P. O. Box 660509,    Dallas, TX 75266-0509)
12645118       +City of Philadelphia Parking Authority,    P.O. Box 41818,    Philadelphia, PA 19101-1818
12645119       +David J. Apothaker, Esq.,    520 Fellowship Creek Road, C306,    Mount Laurel, NJ 08054-3410
12645120        Direct Rewards Platinum,    POB 5250,    Carol Stream, IL 60197-5250
12645122       +Hfc,    Po Box 3425,    Buffalo, NY 14240-3425
12670209       +JPMorgan Chase Bank, N.A.,    3415 Vision Drive,    Mail Code: OH4-7126,
                 Columbus, OH 43219-6009
12645123        LHR INC.,    56 Main Street,    Hamburg, NY 14075-4905
12650789       +Midland Credit Management, Inc.,    2365 Northside Drive, Suite 300,    San Diego, CA 92108-2709
12645133       +National Credit Adjust,    327 W 4th Ave,    Hutchinson, KS 67501-4842
12645134       +Natl Recover,    2491 Paxton Street,    Harrisburg, PA 17111-1036
12645135       +Northland Group,    PO Box 390846,    Edina, MN 55439-0846
12665410       +Philadelphia Gas WOrks,    800 W Montgomery Ave,    Phila Pa 19122-2898,
                 Attn: Bankruptcy Dept 3F

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: bankruptcy@phila.gov Jan 20 2017 02:48:12      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 20 2017 02:47:18
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jan 20 2017 02:47:51      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +E-mail/PDF: acg.acg.ebn@americaninfosource.com Jan 20 2017 02:52:00
                 Capital One Auto Finance,    P.O. Box 201347,    Arlington, TX 76006-1347
cr             +E-mail/Text: kburkley@bernsteinlaw.com Jan 20 2017 02:48:32      Regional Acceptance Corporation,
                 c/o Bernstein-Burkley, P.C.,    707 Grant Street,    Suite 2200 Gulf Tower,
                 Pittsburgh, PA 15219-1908
12645109       +E-mail/Text: equiles@philapark.org Jan 20 2017 02:48:34      Acs Inc,    Pob 41818,
                 Philadelphia, PA 19101-1818
12645111       +E-mail/Text: EBNProcessing@afni.com Jan 20 2017 02:47:38      Afni, Inc.,    Po Box 3427,
                 Bloomington, IL 61702-3427
12681027        E-mail/Text: bankruptcy@phila.gov Jan 20 2017 02:48:12      City of Philadelphia,
                 SchoolDistrict of Philadelphia,    Law Department - Tax Unit,    One Parkway Building,
                 1515 Arch Street, 15th Floor,    Philadelphia, PA  19102-1595
12645116       +E-mail/PDF: AIS.COAF.EBN@Americaninfosource.com Jan 20 2017 02:51:42      Capital One Auto Finan,
                 3901 Dallas Pkwy,    Plano, TX 75093-7864
12649972       +E-mail/PDF: acg.acg.ebn@americaninfosource.com Jan 20 2017 02:52:24
                 Capital One Auto Finance (CODB) c/o Ascension Capi,    P.O. Box 201347,
                 Arlington, TX 76006-1347
13708753       +E-mail/PDF: acg.acg.ebn@americaninfosource.com Jan 20 2017 02:51:36
                 Capital One Auto Finance, a division of Capital On,    P.O. Box 201347,
                 Arlington, TX 76006-1347
12720358        E-mail/Text: JCAP_BNC_Notices@jcap.com Jan 20 2017 02:47:45      Jefferson Capital Systems LLC,
                 PO BOX 7999,    SAINT CLOUD MN 56302-9617
12669537       +E-mail/Text: bncmail@w-legal.com Jan 20 2017 02:47:40      LINDIA, LLC,
                 C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
12792204        E-mail/PDF: resurgentbknotifications@resurgent.com Jan 20 2017 02:51:39
                 LVNV Funding, LLC its successors and assigns as,    assignee of GE Capital,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
12790122        E-mail/PDF: resurgentbknotifications@resurgent.com Jan 20 2017 02:51:40
                 LVNV Funding, LLC its successors and assigns as,    assignee of Arrow Financial Services,,
                 LLC,    Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
12645124       +E-mail/PDF: resurgentbknotifications@resurgent.com Jan 20 2017 02:52:04      Lvnv Funding Llc,
                 Po Box 740281,    Houston, TX 77274-0281
12780409        E-mail/Text: bkr@cardworks.com Jan 20 2017 02:46:21      Merrick Bank,
                 Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
```

```
District/off: 0313-2          User: Randi                    Page 2 of 3                  Date Rcvd: Jan 19, 2017
                              Form ID: 138NEW                Total Noticed: 45
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
12645126       +E-mail/Text: bkr@cardworks.com Jan 20 2017 02:46:21      Merrick Bank,    Po Box 9201,
                 Old Bethpage, NY 11804-9001
12645127        E-mail/Text: bkr@cardworks.com Jan 20 2017 02:46:21      Merrick Bank,    P.O. Box 5721,
                 Hicksville, NY 11802-5721
12645128       +E-mail/Text: bankruptcydpt@mcmcg.com Jan 20 2017 02:47:32      Midland Credit Mgmt In,
                 8875 Aero Dr,    San Diego, CA 92123-2255
12645132       +E-mail/Text: ally@ebn.phinsolutions.com Jan 20 2017 02:46:26      National Auto Finance,
                 200 Renaissance Ctr,    Detroit, MI 48243-1300
12681156       +E-mail/Text: ally@ebn.phinsolutions.com Jan 20 2017 02:46:26      National Auto Finance Company,
                 c/o Ally Servicing LLC,    P.O. Box 130424,   Roseville, MN 55113-0004
12683171       +E-mail/Text: bncmail@w-legal.com Jan 20 2017 02:47:43      OAK HARBOR CAPITAL IV, LLC,
                 C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
12754406        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 20 2017 02:57:51
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
12645136       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 20 2017 03:15:02
                 Portfolio Recvry&Affil,    120 Corporate Blvd Ste 1,    Norfolk, VA 23502-4952
12645137       +E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Jan 20 2017 02:51:40      Regional Acceptance Co,
                 621 W Newport Pike,    Wilmington, DE 19804-3235
12710567        E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Jan 20 2017 02:51:40      Regional Acceptance Corporation,
                 PO Box 1847,    Wilson, NC 27894-1847
                                                                                             TOTAL: 27

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Shooting Stars NYB,    1931 S. 3rd Street,    Philadelphia
cr*            +Midland Credit Management, Inc.,    2365 Northside Drive, Suite 300,    San Diego, CA 92108-2709
12645110*      +Acs Inc,   Pob 41818,    Philadelphia, PA 19101-1818
12721082*     ++JEFFERSON CAPITAL SYSTEMS LLC,    PO BOX 7999,    SAINT CLOUD MN 56302-7999
               (address filed with court: Jefferson Capital Systems LLC,    PO BOX 7999,
                 SAINT CLOUD MN 56302-9617)
12645125*      +Lvnv Funding Llc,   Po Box 740281,    Houston, TX 77274-0281
12645129*      +Midland Credit Mgmt In,    8875 Aero Dr,   San Diego, CA 92123-2255
12645130*      +Midland Credit Mgmt In,    8875 Aero Dr,   San Diego, CA 92123-2255
12645131*      +Midland Credit Mgmt In,    8875 Aero Dr,   San Diego, CA 92123-2255
12645117      ##+Chase,   10790 Rancho Bernardo Rd,    San Diego, CA 92127-5705
12645121      ##+Halsted Financial Services, LLC,    P.O. Box 5773,   Evanston, IL 60204-5773
                                                                                       TOTALS: 1, * 7, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 21, 2017                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 19, 2017 at the address(es) listed below:
```
              ANDREW F GORNALL    on behalf of Creditor    J.P. Morgan Chase Bank, National Association
               agornall@kmllawgroup.com, bkgroup@kmllawgroup.com
              ANN E. SWARTZ    on behalf of Creditor    J.P. Morgan Chase Bank, National Association
               ecfmail@mwc-law.com, ecfmail@mwc-law.com
              DAVID A. SCHOLL    on behalf of Creditor    Shooting Stars NYB judgescholl@gmail.com
              DAVID A. SCHOLL    on behalf of Creditor    Shooting Stars, NYB judgescholl@gmail.com
              DAVID M. OFFEN    on behalf of Joint Debtor Gina M. Lolio dmo160west@gmail.com,
               davidoffenecf@gmail.com
              DAVID M. OFFEN    on behalf of Debtor William J. Lolio dmo160west@gmail.com,
               davidoffenecf@gmail.com
```

```
District/off: 0313-2          User: Randi              Page 3 of 3              Date Rcvd: Jan 19, 2017
                              Form ID: 138NEW          Total Noticed: 45
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
         JOHN A. ANASTASIA    on behalf of    Nationwide Mutual Fire Insurance Company janastasia@mmsllp.com
         JOSHUA ISAAC GOLDMAN    on behalf of Creditor    J.P. Morgan Chase Bank, National Association
          bkgroup@kmllawgroup.com,   bkgroup@kmllawgroup.com
         PETER J. ASHCROFT    on behalf of Creditor    Regional Acceptance Corporation
          pashcroft@bernsteinlaw.com,
          pghecf@bernsteinlaw.com;pashcroft@ecf.courtdrive.com;ckutch@ecf.courtdrive.com;cabbott@ecf.courtdrive.com
         THOMAS I. PULEO    on behalf of Creditor    J.P. Morgan Chase Bank, National Association
          tpuleo@kmllawgroup.com,   bkgroup@kmllawgroup.com
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
         WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER ecfemails@ph13trustee.com,
          philaecf@gmail.com
         WILLIAM C. MILLER    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                                      TOTAL: 13

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: William J. Lolio and Gina M. Lolio

    Debtor(s)

Bankruptcy No: 12−10253−jkf

Chapter: 13

---

### NOTICE

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

1. The Standing Chapter 13 Trustee has filed his final report and account.

2. Any answer, objection, responsive pleading or request for hearing with regard to the discharge of the debtors, including any request to delay the entry of discharge pursuant to 11 U.S.C. §1328(h), must be filed in writing with the Clerk of the U.S. Bankruptcy Court,

    900 Market Street
    Suite 400
    Philadelphia, PA 19107

within 30 days from the date of this notice.

3. In the absence of any objection, the Court may enter the Order of Discharge.

    For The Court

    Timothy B. McGrath
    Clerk of Court

Dated: 1/19/17

77 − 76
Form 138_new