IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: WILLIAM LOLIO, SR. & GINA LOLIO | : | CASE NO.:12-10253 |
| | : | |
| Debtors | : | CHAPTER 13 |

### ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY TO <u>NATIONWIDE MUTUAL FIRE INSURANCE COMPANY</u>

AND NOW, this  10th  day of   February  , 2017, upon consideration of the Motion of Nationwide Mutual Fire Insurance Company ("Movant") for Relief from Automatic Stay, and the responses thereto, if any, it is hereby

ORDERED that the Motion is GRANTED.

It is hereby ORDERED that the Movant is granted relief from the automatic stay arising in this case to allow Nationwide to proceed with the declaratory judgment action captioned as <u>Nationwide Mutual Fire Insurance Company vs. William Lolio and Gina Lolio</u>, United States District Court Eastern District of PA, No. 2:16-cv-05555-JHS.

BY THE COURT:

_____
United States Bankruptcy Judge