United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 12-10253-jkf
William J. Lolio                                                      Chapter 13
Gina M. Lolio
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: PaulP              Page 1 of 1              Date Rcvd: Feb 11, 2017
                              Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 12, 2017.
db/jdb         +William J. Lolio,   Gina M. Lolio,   2638 Mildred Street,   Philadelphia, PA 19148-4533

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 12, 2017                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 10, 2017 at the address(es) listed below:
              ANDREW F GORNALL    on behalf of Creditor    J.P. Morgan Chase Bank, National Association
               agornall@kmllawgroup.com, bkgroup@kmllawgroup.com
              ANN E. SWARTZ    on behalf of Creditor   J.P. Morgan Chase Bank, National Association
               ecfmail@mwc-law.com, ecfmail@mwc-law.com
              DAVID A. SCHOLL    on behalf of Creditor    Shooting Stars, NYB judgescholl@gmail.com
              DAVID A. SCHOLL    on behalf of Creditor    Shooting Stars NYB judgescholl@gmail.com
              DAVID M. OFFEN    on behalf of Debtor William J. Lolio dmo160west@gmail.com,
               davidoffenecf@gmail.com
              DAVID M. OFFEN    on behalf of Joint Debtor Gina M. Lolio dmo160west@gmail.com,
               davidoffenecf@gmail.com
              JOHN A. ANASTASIA    on behalf of    Nationwide Mutual Fire Insurance Company janastasia@mmsllp.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor   J.P. Morgan Chase Bank, National Association
               bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
              PETER J. ASHCROFT    on behalf of Creditor    Regional Acceptance Corporation
               pashcroft@bernsteinlaw.com,
               pghecf@bernsteinlaw.com;pashcroft@ecf.courtdrive.com;ckutch@ecf.courtdrive.com;cabbott@ecf.courtd
               rive.com
              THOMAS I. PULEO    on behalf of Creditor   J.P. Morgan Chase Bank, National Association
               tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                               TOTAL: 13

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: WILLIAM LOLIO, SR. & GINA LOLIO    :    CASE NO.:12-10253
                                          :
        Debtors                           :    CHAPTER 13

**ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY TO
NATIONWIDE MUTUAL FIRE INSURANCE COMPANY**

AND NOW, this 10th day of February, 2017, upon consideration of the Motion of Nationwide Mutual Fire Insurance Company ("Movant") for Relief from Automatic Stay, and the responses thereto, if any, it is hereby

ORDERED that the Motion is GRANTED.

It is hereby ORDERED that the Movant is granted relief from the automatic stay arising in this case to allow Nationwide to proceed with the declaratory judgment action captioned as Nationwide Mutual Fire Insurance Company vs. William Lolio and Gina Lolio, United States District Court Eastern District of PA, No. 2:16-cv-05555-JHS.

BY THE COURT:

_____
United States Bankruptcy Judge