*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:                                                                                            : Chapter 13

William J. Lolio and Gina M. Lolio                              : Case No. 12–10253–jkf
      Debtor(s)

*ORDER*
_____

AND NOW, this day , February 27, 2017 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

                By The Court

                Jean K. FitzSimon
                Judge , United States Bankruptcy Court