United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
William J. Lolio
Gina M. Lolio
     Debtors

Case No. 12-10253-jkf
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: PaulP     Page 1 of 1     Date Rcvd: Feb 27, 2017
                       Form ID: 195     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 01, 2017.
db/jdb     +William J. Lolio,    Gina M. Lolio,    2638 Mildred Street,    Philadelphia, PA 19148-4533

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.     TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 01, 2017                         Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 27, 2017 at the address(es) listed below:
       ANDREW F GORNALL    on behalf of Creditor    J.P. Morgan Chase Bank, National Association
        agornall@kmllawgroup.com,    bkgroup@kmllawgroup.com
       ANN E. SWARTZ    on behalf of Creditor    J.P. Morgan Chase Bank, National Association
        ecfmail@mwc-law.com,    ecfmail@mwc-law.com
       DAVID A. SCHOLL    on behalf of Creditor    Shooting Stars, NYB judgescholl@gmail.com
       DAVID A. SCHOLL    on behalf of Creditor    Shooting Stars NYB judgescholl@gmail.com
       DAVID M. OFFEN    on behalf of Debtor William J. Lolio dmo160west@gmail.com,
        davidoffenecf@gmail.com
       DAVID M. OFFEN    on behalf of Joint Debtor Gina M. Lolio dmo160west@gmail.com,
        davidoffenecf@gmail.com
       JOHN A. ANASTASIA    on behalf of     Nationwide Mutual Fire Insurance Company janastasia@mmsllp.com
       JOSHUA ISAAC GOLDMAN    on behalf of Creditor    J.P. Morgan Chase Bank, National Association
        bkgroup@kmllawgroup.com,    bkgroup@kmllawgroup.com
       PETER J. ASHCROFT    on behalf of Creditor    Regional Acceptance Corporation
        pashcroft@bernsteinlaw.com,
        pghecf@bernsteinlaw.com;pashcroft@ecf.courtdrive.com;ckutch@ecf.courtdrive.com;cabbott@ecf.courtdrive.com
       THOMAS I. PULEO    on behalf of Creditor    J.P. Morgan Chase Bank, National Association
        tpuleo@kmllawgroup.com,    bkgroup@kmllawgroup.com
       United States Trustee     USTPRegion03.PH.ECF@usdoj.gov
       WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER ecfemails@ph13trustee.com,
        philaecf@gmail.com
       WILLIAM C. MILLER    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                       TOTAL: 13

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:  : Chapter 13

William J. Lolio and Gina M. Lolio  : Case No. 12–10253–jkf

    Debtor(s)

### *ORDER*
_____

AND NOW, this day , February 27, 2017 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Jean K. FitzSimon
Judge , United States Bankruptcy Court

84
Form 195